# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JUDY PEATROWSKY,

        Plaintiff,

vs.

PERSOLVE,

        Defendant.

2:12-cv-00935-JAD-VCF

**MINUTE ORDER**

      Before the Court is the Stipulation to Extend Discovery Cutoff to Allow Plaintiff to Take the Deposition of Defendant's Corporate Representative. (#71).

      IT IS HEREBY ORDERED that a hearing on the Stipulation to Extend Discovery Cutoff to Allow Plaintiff to Take the Deposition of Defendant's Corporate Representative (#71) is scheduled for 1:00 p.m., February 18, 2014, in Courtroom 3D.

      DATED this 30th day of January, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE