# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JUDY PEATROWSKY,

        Plaintiff,

vs.

PERSOLVE,

        Defendant.

2:12-cv-00935-JAD-VCF

**MINUTE ORDER**

Before the Court is Defendant's Motion to Appear Telephonically. (#74).

Due to prior commitments in California, Defendant's counsel, Edit Alexandryan, Esq., requests to appear telephonically at the hearing scheduled for 1:00 p.m., February 18, 2014. *Id.*

The Court finds that Ms. Alexandryan has given sufficient reason to appear telephonically at the February 18, 2014 hearing.

Good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Appear Telephonically (#74) is GRANTED and Ms. Alexandryan may appear telephonically at the hearing scheduled for 1:00 p.m., February 18, 2014. The call in number to the telephone conference line is (702) 868-4911, passcode 123456. The call must be generated from a land line and counsel must call in five minutes prior to the scheduled time.

IT IS FURTHER ORDERED that Defendant's local counsel must attend in person.

DATED this 13th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE