EDIT ALEXANDRYAN/SBN 249323
**ADMITTED PRO HAC VICE**
ASSOCIATE GENERAL COUNSEL
PERSOLVE, LLC
9301 Winnetka Avenue, Suite B
Chatsworth, CA 91311
866/438-1259; 818/534-3100; 818/534-3140 (FAX)
Refer to File Number: A1100462

SHARON NELSON/NV SBN 6433
LOCAL COUNSEL
PERSOLVE, LLC
8670 W. Cheyenne Ave., Suite 2008
Las Vegas, Nevada 89129

Attorneys for Defendant, PERSOLVE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY PEATROWSKY, an individual, ) | CASE NO. 2:12-cv-00935-JAD-VCF |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION TO APPEAR** |
| ) | **TELEPHONICALLY** |
| vs. ) | |
| ) | |
| PERSOLVE, a limited liability company, and DOES ) | |
| 1-10 ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 3, 2014, the Court Ordered a status hearing on the past-due joint pretrial order (Doc. No. 83) in the above-captioned matter. The hearing is scheduled for 10:00 a.m., July 14, 2014, in Courtroom 3D. Defendant, Persolve, LLC ("Defendant"), moves the Court to allow its counsel to appear telephonically at that hearing. In support of the motion, Defendant notes:

1. Defendant's counsel received notice of the hearing a little over a week before the hearing date, however she has prior obligations on July 14, 2014, in California, making it exceedingly difficult

to attend the hearing in Nevada.

2. Defendant's counsel, admitted *pro hac vice*, resides and works outside of Nevada. The accommodation of a telephonic appearance will save Defendant travel and other expenses associated with attendance at a hearing and enable counsel to meet additional obligations on the day of the hearing.

3. Defendant's Counsel shall stand by beginning at the date and time above until called by the Court at the following direct dial number:

Edit Alexandryan          (818) 534-3108

Based on the foregoing, Defendant respectfully requests this Court grant Defendant's Motion to Appear Telephonically at the July 14, 2014 hearing.

Respectfully Submitted this 11th day of July, 2014.

                        PERSOLVE, LLC


                    By: */s/ Edit Alexandryan*
                        EDIT ALEXANDRYAN
                        Associate General Counsel for Defendant
                        PERSOLVE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY PEATROWSKY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERSOLVE, a limited liability company, and DOES 1-10<br><br>　　　　　Defendant. | CASE NO. 2:12-cv-00935-JAD-VCF<br><br>~~[PROPOSED]~~ ODER ALLOWING TELEPHONIC APPEARANCE OF DEFENDANT'S COUNSEL |

Based upon Defendant's Motion to Appear Telephonically At The Court Ordered hearing regarding the past due joint pretrial order, and good cause appearing, this Court hereby orders that Defendant's Counsel may appear telephonically.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
Hon. Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

The call in number is 1-702-868-4911, passcode 123456.  The call must be generated from a land line and counsel must call in five minutes prior to the scheduled hearing time.