ANDRE L. VERDUN (SBN 265436)
**ADMITTED PRO HAC VICE**
Crowley Law Group
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

CRAIG B. FRIEDBERG [SBN 4606]
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Email : attcbf@cox.net
(702) 435-7968
(702) 946-0887 [fax]

Attorneys for Plaintiff JUDY PEATROWSKY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| **JUDY PEATROWSKY**, an individual, | Case No.: 2:12-cv-00935-MMD-VCF |
| Plaintiff, | **REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR BY PHONE** |
| vs. | |
| **PERSOLVE**, a limited liability company, and DOES 1-10, | |
| Defendant. | |

On July 3, 2014, the Court Ordered a status hearing regarding the joint pretrial order in the above-captioned matter. The hearing is scheduled for 10:00 a.m. on July 14, 2014 in Courtroom 3D.

-1-

**REQUEST TO APPEAR BY PHONE**

Local counsel for Plaintiff, Craig Friedberg, will be appearing for Plaintiff. Plaintiff's counsel, Andre L. Verdun, moves the Court to be allowed to participate and appear telephonically at that hearing. Since Mr. Verdun is from San Diego, California, this appearance by phone allows Mr. Verdun to appear without undue costs and burden.

DATED:   July 11, 2014

/s/ Andre L. Verdun
Attorney for Plaintiff
Andre L. Verdun

The call in conference number is 1-702-868-4911, passcode 123456.

The call must be generated from a land line and counsel must call in five minutes prior to the scheduled hearing time.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 11, 2014

-2-

**REQUEST TO APPEAR BY PHONE**