# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| JUDY PEATROWSKY,<br><br>                    Plaintiff,<br><br>vs.<br><br>PERSOLVE,<br><br>                    Defendant. | 2:12-cv-00935-JAD-VCF<br><br>**<u>ORDER</u>** |

The court has been informed that the parties have reached a settlement.  (#99).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for November 17, 2014 is VACATED.

IT IS FURTHER ORDERED that the stipulation and order for dismissal must be filed by December 23, 2014.

DATED this 7th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE