ANDRE L. VERDUN (SBN 265436)
Admitted *Pro Hac Vice*
Crowley Law Group
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700 / Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

CRAIG B. FRIEDBERG [SBN 4606]
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Tel. (702) 435-7968 / Fax. (702) 946-0887
attcbf@cox.net
*Attorneys for Plaintiff JUDY PEATROWSKY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY PEATROWSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERSOLVE, a limited liability company, and DOES 1-10,<br><br>Defendants. | Case No.:  2:12-cv-935-JAD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Judy Peatrowsky and Defendant Persolve, by and through their undersigned attorneys, have resolved their differences and hereby stipulate and agree that Plaintiff's Amended Complaint is hereby dismissed with prejudice, each party to bear its own attorneys' fees and expenses.

Dated: December 3, 2014

**CROWLEY LAW GROUP**

By: ___/s/ *Andre L. Verdun*_____
   Andre L. Verdun, Esq.
   Craig B. Friedberg, Esq. (local counsel)
   *Attorneys for Plaintiff*

**PERSOLVE, LLC**

By: ___/s/ *Edit Alexandryan*_____
   Edit Alexandryan, Esq.
   Sharon Nelson, Esq. (local counsel)
   *Attorneys for Defendant*

IT IS SO ORDERED.

Dated:  December 22, 2014.

_____
UNITED STATES DISTRICT JUDGE